**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| GREG FAIRCHILD, <br><br> Plaintiff, <br><br> v. <br><br> DOUGLAS FETTEL, et al., <br><br> Defendants. | No. EDCV 09-549-RGK (AGR) <br><br> ORDER ADOPTING MAGISTRATE JUDGE'S AMENDED REPORT AND RECOMMENDATION |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file *de novo*, including the Magistrate Judge's Amended Report and Recommendation. The Court agrees with the recommendation of the Magistrate Judge.

IT IS ORDERED that:

1. The Amended Report and Recommendation is adopted;

2. Defendants' motion to dismiss is granted;

3. All claims against Defendant Judge Fettel are dismissed with prejudice;

4. All claims against San Bernardino Superior Court are dismissed without prejudice and without leave to amend;

///

///

///

5. Defendants' motion to strike is granted; and

6. Paragraph 3 of the complaint's prayer is stricken.

DATED: August 18, 2009

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE