# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| GREG FAIRCHILD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DOUGLAS FETTEL, et al.,<br><br>　　　　Defendants. | No. EDCV 09-549-RGK (AGR)<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file *de novo*, including the Magistrate Judge's Report and Recommendation. The Court agrees with the recommendation of the Magistrate Judge.

IT IS ORDERED that: (1) the motion for summary judgment by Defendants Edwards, Langlois and Public Defender is granted; and (2) Judgment in favor of all defendants be entered.

DATED: November 18, 2009

　　　　　　　　　　　　　　　　　　　　/s/ Gary Klausner
　　　　　　　　　　　　　　　　　　　　R. GARY KLAUSNER
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE