UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| GREG FAIRCHILD, | ) | No. EDCV 09-549-RGK (AGR) |
| Plaintiff, | ) | |
| | ) | **JUDGMENT** |
| v. | ) | |
| DOUGLAS FETTEL, et al., | ) | |
| Defendant(s). | ) | |

Pursuant to the order adopting the magistrate judge's amended report and recommendation dated August 18, 2009, and the order adopting magistrate judge's report and recommendation,

IT IS ADJUDGED that Judgment is entered in favor of all Defendants.

DATED: November 18, 2009     _____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE